UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**DONNA MATTHEWS**                  **CASE NO. 6:18-CV-00246**

**VERSUS**                          **JUDGE ROBERT G. JAMES**

**U.S. COMMISSIONER OF SOCIAL SECURITY**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

Signed this 29th day of July, 2019.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE